**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-62257-CIV-DAMIAN**

**JOSE D. SANCHEZ VARGAS,**

Petitioner,

v.

**WARDEN, BROWARD TRANSITIONAL CENTER**, *et al.,*

Respondents.
______________________________________/

# ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT

**THIS CAUSE** is before this Court on Petitioner Jose D. Sanchez Vargas's ("Sanchez Vargas") Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed August 14, 2026. [ECF No. 1 ("Petition")]. Respondents filed their Response to Order to Show Cause [ECF No. 5 ("Response")] on August 26, 2026, and Sanchez Vargas filed his Reply to Respondents' Response to Order to Show Cause [ECF No. 7 ("Reply")] on August 27, 2026. Sanchez Vargas subsequently filed a Notice Regarding Immigration Court Custody Determination [ECF No. 8 ("Notice")] on September 15, 2026, and a Status Report [ECF No. 12 ("Status Report")] on October 28, 2026.

THE COURT has reviewed the Petition and the above filings, the pertinent portions of the record, and relevant authorities and is otherwise fully advised. For the reasons set forth below, the Petition is due to be dismissed without prejudice as moot.

In the Petition, Sanchez Vargas challenged his immigration detention and sought an individualized bond hearing or release. Pet. at 15. On September 15, 2026, an immigration judge conducted a custody redetermination hearing and denied bond. Notice at 1–2; [ECF

No. 8-1 at 2]. On October 15, 2026, the immigration judge granted Sanchez Vargas voluntary departure. [ECF No. 12-1 at 2]. Sanchez Vargas now reports that he voluntarily departed the United States on or about October 20, 2026, and is no longer in Respondents' custody. Status Report at 2 ¶ 5. He further reports that no claims or issues raised in the Petition remain pending and requests dismissal as moot. *Id.* at 2–3 ¶ 7.

Article III requires a live case or controversy when a federal court decides a case. *Burke v. Barnes*, 479 U.S. 361, 363 (1987). Because Sanchez Vargas has departed the United States, is no longer detained, and confirms that no claims remain for disposition, the requested relief concerning his detention no longer presents a live case or controversy. *See* Status Report at 2–3 ¶¶ 5–7.

Accordingly, and for the reasons stated above, it is hereby

**ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DENIED AS MOOT**. It is further **ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case. All pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 2nd day of November, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record